[No. 9029-9-III. Division Three. December 15, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RAMIRO
CHAVEZ GALLEGOS, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 87-1-01324-9, F. James Gavin, J., entered December 18, 1987. *Affirmed* by unpublished opinion per Faris, J. Pro Tem., concurred in by Thompson, C.J., and Green, J.

[No. 9018-3-III. Division Three. December 15, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ARTHUR JOE
SMITH, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 87-1-01381-8, Bruce P. Hanson, J., entered December 12, 1987. *Affirmed* by unpublished opinion per Faris, J. Pro Tem., concurred in by Thompson, C.J., and Green, J.

[No. 8976-2-III. Division Three. December 15, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
MITCHELL, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87-1-00444-0, William J. Grant, J., entered November 13, 1987. *Affirmed* by unpublished opinion per Faris, J. Pro Tem., concurred in by Thompson, C.J., and Green, J.

[No. 8424-8-III. Division Three. December 15, 1988.]

*In the Matter of* T., ET AL.

Appeal from a judgment of the Superior Court for Grant County, No. 85-5-00028-2, Fred Van Sickle, J., entered January 5, 1987. *Affirmed* by unpublished opinion per

Munson, A.C.J., concurred in by Green, J., and Day, J. Pro Tem.

[No. 21461-6-I.   Division One.   December 19, 1988.]

PAMELA J. BUCK, ET AL, *Appellants,* v. LONNIE D. FRYER, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83-2-16881-3, Frank J. Eberharter, J., entered November 13, 1987. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Swanson, J., and Schumacher, J. Pro Tem.

[Nos. 20998-1-I; 20999-0-I;   Division One.        December 19, 1988.]
      21082-3-I; 21083-1-I.

*In the Matter of* H.J., ET AL.

BOBBI LYNN JOHN, *Appellant,* v. CATHOLIC COMMUNITY SERVICES, *Respondent.*

JOHN JOHN, *Appellant,* v. CATHOLIC COMMUNITY SERVICES, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 84-7-01242-9, Robert M. Elston, J., entered August 27, 1987. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Swanson and Winsor, JJ.

[No. 20324-0-I.   Division One.   December 19, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN ROBERT McKIM, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86-1-02845-1, Liem E. Tuai, J., entered April 14, 1987. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams and Grosse, JJ.